UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT V. SCHARN, Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No._____ |
| | ) | |
| INTERNAL REVENUE SERVICE, Defendant | ) | |

## **COMPLAINT**

### STATEMENT OF THE CASE

This action is brought under the Privacy Act of 1974 (5 U.S.C.A. §552a(g)). The plaintiff seeks an order and judgment of this Honorable Court that the Internal Revenue Service release to him certain records it maintains pertaining to him and for any other ancillary or appropriate relief permitted under law.

### PARTIES

1. The Plaintiff is an individual who resides at 75 West Main Street, #1, Ayer, MA 01432. He is a citizen of the United States.

2. The Defendant is an agency as defined by the Privacy Act of 1974, Title 5, United States Code, §552a, et seq.

### JURISDICTION

3. This Court has jurisdiction of this matter pursuant to Title 5, United States Code, §552a(g).

### FACTS

4. The Defendant maintains a system of records in the Plaintiff's name retrievable by either the name of the Plaintiff or the following assigned number: xxxxx2912.

5. On August 6, 2015, the Defendant received, via certified mail, the letter attached hereto as Exhibit A, hereby incorporated by reference, requesting the release of certain of the records it maintains on the Plaintiff to him.

6. The receipt of the letter is set forth on a certified mail postcard receipt and the on-line tracking system of the United States Postal System, respectively attached hereto as exhibits B and C.

7. Title 5, United States Code, §552a(d), mandates that the defendant provide access to the requested records to the Plaintiff.

8. Pursuant to Title 5, United States Code, §552a(f), the Defendant promulgated rules at the Internal Revenue Service Manual, Part 37, §37.2.1 et seq., which required that it respond within 30 days to the Plaintiff's request for records.

9. Over 30 days has passed since the Defendant received the request for records from the Plaintiff and the Defendant has failed to respond in any way, whatsoever, to the Plaintiff's request.

10. The Plaintiff has retained an attorney to bring and prosecute this action and has incurred and will incur future expenses for attorney's fees and litigation costs.

WHEREFORE, Plaintiff moves this Honorable Court to enter judgment:

(a) ordering the Defendant to release the requested records to him;

(b) ordering the Defendant to reimburse the Plaintiff for his reasonable attorney's fees and costs and other litigation expenses necessarily incurred by him in this action; and

(c) ordering any other relief appropriate to the facts of this case and permitted by law.

| | |
|---|---|
| October 12, 2015 | /s/ Jerome L. Benson<br>Jerome L. Benson<br>1990 Massachusetts Avenue<br>Lunenburg, MA 01462<br>(978) 582-4242<br>Mass. B.B.O. #543488<br>jlnosneb30@hotmail.com and/or<br>attybenson@gmail.com |